IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODNEY ANDRE LUNSFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:12-CV-121-TFM |
| ) | [WO] |
| JIMMY ABBETT (SHERIFF), *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

Plaintiff filed this 42 U.S.C. § 1983 action on February 8, 2012. When he filed this complaint, Plaintiff was incarcerated at the Tallapoosa County Jail in Dadeville, Alabama. On April 26, 2013 the envelope containing Plaintiff's copy of an order filed April 19, 2013 was returned to the court marked as undeliverable because he was no longer at the address he provided to the court when he filed the captioned action.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff received notice of this requirement in the court's February 10, 2012 order of procedure. (*See Doc. No. 4, ¶8(h)*). Accordingly, on April 26, 2013 the court entered an order directing Plaintiff to provide the court with his present address on or before May 7, 2013. (*Doc. No. 24*.) Plaintiff was cautioned that his failure to comply with the court's April 26 order would result in dismissal of the complaint. (*Id.*) Plaintiff's copy of the court's April 26 order was returned to the court marked as undeliverable.

As it appears clear that Plaintiff is no longer residing at the most recent service address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the complaint is appropriate for Plaintiff's failures to prosecute this action properly and to comply with the orders of the court.

A separate order follows.

Done, this 14th day of May 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE